**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
GONZALO VALENCIA HERRERA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cr-0088 FCD |
| Plaintiff, | REQUEST TO PHONE MEXICO AND ORDER |
| v. | |
| GONZALO VALENCIA HERRERA, et al, | |
| Defendant. | |

    Gonzalo Herrera hereby requests that he be able to telephone his family in Mexico from the Sacramento County Jail at his own expense. Mr. Herrera's family lives in Mexico and has not been able to visit him while he has been in custody. The jail will allow Mr. Herrera to telephone his home in Loa Reyes, Michoacan, Mexico with an international calling card, if the Court so orders.

    Gonzalo Herrera, has an x-reference number of 4313154, is located at 6E Pod 1 Cell 09, hereby requests this court order the Sacramento County jail to grant Gonzalo Herrera access to a telephone on which he can place a call using an international calling card to the home of his wife, Maria Magana Reyes, and children, at telephone number: 011-52-354-54-82688, and that Gonzalo Herrera be allowed to speak with his wife and children for at least twenty minutes or for such longer time as the Sacramento County Sheriff may allow. This request is contingent upon the defendant's

1 use of an international calling card which he will purchase so that no long distant telephone costs are
2 incurred by the County of Sacramento.

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT THE Sheriff of the Sacramento County, or its agents or employees, consistent with security procedures, allow defendant Gonzalo Herrera to place a telephone call to his family in Los Reyes, Michoacan, Mexico using an international telephone calling card so that there will be no long distance costs to the County of Sacramento.

IT IS SO ORDERED.

DATED: November 14, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE