

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>              Plaintiff,                     )<br>v.                                                   )<br>                                                        )<br>GONZALO VALENCIA HERRERA, )<br>                                                        )<br>              Defendant.                 ) | Case No. 2:07-CR-00088 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gonzalo Valencia Herrera</u>, Case No. 2:07-CR-00088 , from custody subject to the conditions stated on record at the hearing of June 9, 2008 and for the following reasons:

  ___   Release on Personal Recognizance

  ___   Bail Posted in the Sum of $_____

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

  _X_   (Other)     <u>Superseding Indictment Dismissed</u>

Issued at  <u>Sacramento, CA</u>  on June 9, 2008 at <u>11:30 a.m.</u>

By: _____
Frank C. Damrell, Jr.
United States District Judge