IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-07-0088 FCD |
| Plaintiff, | |
| v. | ORDER RE DEFENDANT'S <u>MOTION FOR DISCOVERY</u> |
| GONZALO HERRERA, | |
| Defendant. | |
| _____/ | |

On April 29, 2008, this matter came before the undersigned for hearing on defendant Gonzalo Herrera's motion for discovery (Doc. No. 70). Attorney James Greiner appeared on behalf of defendant Herrera and Assistant United States Attorney Phil Ferrari appeared on behalf of the government.

After hearing the arguments of the parties, the court granted the discovery motion in part and denied it in part for the reasons stated on the record. This summary written order merely

/////

/////

1

documents the order issued on the record at the hearing.[1]  In this regard, the court ruled as follows:

| | | |
|---|---|---|
| Request 1: | | Denied as untimely. |
| Request 2: | | Granted.  The government is to produce any pure Brady material forthwith and any Jencks and/or Giglio material one week prior to trial. |
| Request 3: | | Granted.  Rule 16 material to be produced no later than May 2, 2008. |
| Requests 4-10: | | Addressed by rulings on Requests 2 and 3, above. |
| Request 11: | | 404(b) notice to be provided one week prior to trial. |
| Requests 12-18: | | Addressed by rulings on Requests 2 and 3, above except for the request that a list of all cell phone numbers be produced which request was withdrawn by the defense. |

IT IS SO ORDERED.

DATED: June 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
herr0088.disc.order

---

[1] The court notes that on June 9, 2008, the assigned District Judge granted defendant Herrera's Rule 29 motion, dismissed the only two counts of the Superceding Indictment in which defendant Herrera was charged and ordered his release from custody.

2